UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MATTHEW LOLLIS, | No. 2:22-cv-0486 WBS DB P |
| Plaintiff, | |
| v. | ORDER |
| MUNDY, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding with a civil rights action under 42 U.S.C. § 1983. This case is proceeding on plaintiff's second amended complaint filed August 1, 2022. A settlement conference conducted on March 2, 2023 did not result in a settlement.

Accordingly, IT IS HEREBY ORDERED that within thirty days of the filed date of this order, defendants shall file a responsive pleading to the second amended complaint.

Dated: March 14, 2023

DLB:9/DB Prisoner Inbox/Civil Rights/R/loll0486.answ

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

1