1

2

3

4

5

6

7

8             IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

WILLIAM MATTHEW LOLLIS,                    Case No. 2:22-cv-0486 WBS DB P

                              Plaintiff,   ORDER

                  v.

ZELL, et al.,

                              Defendants.

17

18        Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C.

19   §1983.  Before the court is defendants' motion for a fourteen-day extension of time to file a reply

20   in support of their motion for summary judgment.  Defendants' counsel cites the press of other

21   work as the basis for the request.  Defendants have shown good cause for an extension of time.

22        Accordingly, IT IS HEREBY ORDERED that defendants' motion for an extension of time

23   (ECF No. 51) is granted.  Defendants shall file their reply on or before March 25, 2024.

24   DATED:  March 7, 2024

25

26                                         /s/  DEBORAH BARNES
                                           UNITED STATES MAGISTRATE JUDGE
27

28   DLB:9/DB prisoner inbox/civil rights/R/loll0486.msj reply eot