IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MATTHEW LOLLIS,<br><br>                                 Plaintiff,<br><br>    v.<br><br>ZELL, et al.,<br><br>                                Defendants. | Case No. 2:22-cv-0486-WBS SCR P<br><br>ORDER |

    Plaintiff is a state prisoner proceeding pro se with a civil rights action. Defendants seek an extension of time to file their pretrial statement due to defendants' counsel's planned absence from the office. Defendants' counsel states that plaintiff does not oppose the request.

    Good cause appearing, IT IS HEREBY ORDERED that defendants' motion (ECF No. 59) is granted. Defendants' pretrial statement shall be filed by December 16, 2024.

DATED: October 29, 2024

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

t