UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| WILLIAM MATTHEW LOLLIS, | No. 2:22-cv-0486-WBS-SCR |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| ZELL, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in this civil rights action filed pursuant to 42 U.S.C. § 1983. A review of the docket indicates that all parties have indicated their interest in a further settlement conference. ECF Nos. 61, 68. Therefore, the court will stay this case pending a further settlement conference and vacate all pending deadlines. The court will reset these deadlines as necessary by subsequent order.

Plaintiff's pending motion for an extension of time to file his pretrial statement is denied as moot in light of the fact that the deadline for filing pretrial statements is vacated.

Accordingly, IT IS HEREBY ORDERED that:

1. All pending deadlines in this case are vacated pending a further settlement conference.

2. The Clerk of Court shall administratively stay this case until such time as a further settlement conference can be conducted.

////

1

3. Plaintiff's motion for an extension of time to file his pretrial statement (ECF No. 65) is denied as moot.

4. All deadlines will be reset as necessary by subsequent order.

DATED: April 17, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE