IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIAM MATTHEW LOLLIS,** | Case No. 2:22-cv-00486-WBS-SCR (PC) |
| Plaintiff, | **ORDER** |
| v. | |
| **ZELL, et al.,** | |
| Defendants. | |

Upon due consideration, the Court **GRANTS** the parties' stipulation and **DISMISSES** all claims with prejudice against Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS SO ORDERED**.

Dated: May 16, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE