UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM MATTHEW LOLLIS,

    Plaintiff,

    v.

ZELL, et al.,

    Defendants.

No. 2:22-cv-0486-WBS-SCR

ORDER

    Plaintiff is an incarcerated individual representing himself in this civil rights action filed pursuant to 42 U.S.C. § 1983. This action was voluntarily dismissed on May 19, 2025 based on the settlement agreement reached between the parties. ECF Nos. 75-76. On October 19, 2025, plaintiff filed a request to withdraw from this settlement because he has not received the settlement funds as quickly as indicated. ECF No. 77. This matter was referred back to the undersigned on October 30, 2025 to resolve plaintiff's request. ECF No. 78.

    The court will set a briefing schedule on plaintiff's request, which the court construes as a motion to enforce the settlement agreement. Defendants are ordered to file a response to plaintiff's motion within 21 days from the date of this order. Plaintiff's reply shall be due within 14 days from being served with defendants' response. The motion will be deemed submitted on the papers following the expiration of these deadlines.

/////

1

1       Accordingly, IT IS HEREBY ORDERED that:

2       1.  Defendants are ordered to file a response to plaintiff's motion to enforce the settlement
3  agreement within 21 days from the date of this order.

4       2.  Plaintiff's reply shall be due within 14 days from being served with defendant's
5  response.

6  DATED: November 21, 2025

8  SEAN C. RIORDAN
   UNITED STATES MAGISTRATE JUDGE